JS 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA HERNANDEZ RAMIREZ ) | Case No.: CV 16-5098 DSF (ASx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| SETERUS, INC., et al. ) | |
| Defendants. ) | |
| _____ ) | |

The Court having previously granted Defendant Seterus, Inc.'s motion to dismiss, having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution regarding Defendant First American Title Company, and plaintiff not having timely responded to the Order,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice as to Seterus, Inc. and without prejudice as to First American Title Company.

12/12/16

Dated: _____   _____
                                                                         Dale S. Fischer
                                                                   United States District Judge